In The United State(s) District Court For
The Western District Court Of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 18 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Civil Action Num: 7:19-cv-00628
Date Filed: _____ -2020

Lorenza Gerald Ferebee Jr.,
          v.                    (Movant),
Wallen(s) Ridge State Prison "Warden" - C. Manis, et al.,
                              (Respondent(s)).

Pro-Se Plaintiff(s) Request An Entry For Admission(s)

Come(s) Now, (Pro-Se Plaintiff) - Lorenza Gerald Ferebee Jr. to move this Honorable District Court Clerk and Judge upon an "Entry For Admission(s)" against each individual "Defendant" in their official capacity pursuant to Federal "Rule" 36(a)(1-4) and 36(b) of Civil Procedure(s) that both defendant(s) ~~and their counsel to~~ submitt their "Admission(s)" for the following reason(s) hereinafter, within "30 Day(s)" of these question(s) to state, declare, answer, and Admit for:

Wallen(s) Ridge State Prison Warden - Curl Manis

(1) Whether - Lorenza Gerald Ferebee Jr. was transported to Wallen(s) Ridge State Prison on February-26th-2019 from Red Onion State Prison?

Page(s) (1-7)

(2). WHETHER— on March-28th-2019 at or around 7:30-9:30 am, did you and (Pro-se Plaintiff) have a face-to-face conversation about Wallen(s) Ridge State Prison, "PRISON CONDITION(S)"?

(3). WHETHER— there(s) any document(s) from June-4th-2019 at or around 9:00-9:30am that show(s) and prove(s) Wallen(s) Ridge State Prison Operation Officer— Santos did a routine pod-round/check in B1 pod when plaintiff spoken and shown him the pre-existing "MOLD AND/OR BLACKMOLD" in cell 104?

(4). WHETHER— on June-3rd-2019 at or around 8:00-10:00 am, did you and I, (Pro-se Plaintiff) have another face-to-face conversation about Wallen(s) Ridge State Prison, "PRISON CONDITION(S)" when you, Major-Anderson, Operation Officer-Santos, and Unit Manager-Q. Reynold(s) did an Administration Round with "AREA COORDINATOR(S) when (We) sat down at the 1st end table close to the pod t.v., 6 and 7 phone(s), and the barber area close by the counselor(s) office ? in B-1 Pod?

(5). WHETHER— on July-20th-2019 at or around 10:30-11:40 am, did the Virginia Department of Correction(s) "HEALTH SERVICE DIRECTOR" — McMillian come to Wallen(s) Ridge State Prison and do a round into B 1, 2, and 3 Pod(s)?

(6). WHETHER— on December-13th-2019 at or around 12:50 am - 1:10 pm was Unit Manager— Q. Reynold(s) instructed, order, or told by you or any supervisor to "PAINT OVER THE MOLD AND/OR BLACKMOLD" in B1 pod with the use of Sherwin William(s) "BLUE PRO-INDUSTRIAL PAINT" for prison cell(s), bunk(s), table, door(s) and shelf(s), and if so or not

Page(s)(2)

then was David Thomas Marion Acrylic Coating #866-T1054 "BLUE PAINT", and Extra White Promar 200 Interior Leatex #6501-87214 "WHITE PAINT" was used to "PAINT OVER THE MOLD AND/OR BLACKMOLD" in B1 Pod cell(s), office, and closet(s)?

(7). WHETHER — on December-12ᵗʰ-2019 did Marget from the Coalition for Justice contact, write, e-mail, or call this prison administration regarding "MOLD AND/OR BLACKMOLD"?

(8). WHETHER — before, on, or after February-26ᵗʰ-2019 did you became aware of "MOLD AND/OR BLACKMOLD" by any prisoner and that prisoner(s)' family, friend, love-one, or prison resouce helper?

(9). WHETHER — before, on, or after February-26ᵗʰ-2019 was you aware of Wallen(s) Ridge State Prison, "PRISON CONDITION(S)"?

(10). WHETHER — your incharge of all day-to-day operation(s) or overseeing of operation(s) at Wallen(s) Ridge State Prison as did your the "WARDEN" for it(s) prisoner(s), staff, officer(s), agent(s), and official(s)?

WALLEN(S) RIDGE STATE PRISON UNIT MANAGER — Q. Reynold(s)

(1) WHETHER — Lorenza Gerald Ferebee Jr. was transported to Wallen(s) Ridge State Prison on February-26ᵗʰ-2019 from Red Onion State Prison, and if so or not so, then was (Ferebee Jr.) placed in B-Building after his arrival to Wallen(s) Ridge State Prison for housing purpose(s)?

(2) WHETHER — your in charge of all day-to-day operation(s) or over-

Page(s).(3)

seeing of B-Building at Wallen(s) Ridge State Prison as it(s) "Unit Manager" for B-Building?

(3). WHETHER - there(s) any documentation from June-4th-2019 at or around 9:00 - 9:30 am that show(s) and prove(s) Wallen(s) Ridge State Prison Operation Officer - Santos did a routin pod-round/check in (Your) B-1 Pod when plaintiff spoken and shown him the pre-existing "MOLD AND/OR BLACKMOLD" in cell 104?

(4). WHETHER - on June-3rd-2019 at or around 8:00 - 10:00 am, did you, Warden-C. Manis, Major-Anderson, and Operation Officer - Santos do an Administration Round with "PREA COORDINATOR(S)" in B-1 Pod while the bottom tier prisoner(s) was out for/during pod recreation?

(5). WHETHER - on July-10th-2019 at or around 10:30 - 11:40 am, did the Virginia Department of Correction(s) "HEALTH SERVICE DIRECTOR" - McMillian come to Wallen(s) Ridge State Prison and do a round-check in B-Building?

(6). WHETHER - on July-11th-2019 at or around 12:50 am threw 1:00 pm did you do a pod round/check in B-1 Pod when I've spoken to you face-to-face behind the door in B1-101 cell about "MOLD AND/OR BLACKMOLD"?

(7). WHETHER - you had to get approval, authorization, or permission to "PAINT OVER THE MOLD AND/OR BLACKMOLD" in B-1 Pod, cell(s), office, and Closet before you could retrieve any and all painting

Page(s) (4)

material(s) for B-1 pod, and allow prisoner(s) in B-3 pod to paint?

(8). WHETHER — on December-13th-2019 at or around 11:30 am threw 1:10 pm in the afternoon, did you come into B-1 Pod with a "METAL PUSH CHART" carrying 1 Bucket of "WHITE PAINT", and 1 Bucket of "BLUE PAINT", with 1 Pole, 2-3-or 4 Paint Rollers(s), and a 2½ Foot Box Code# 190-8537; and if so or not so, did Sgt. Roberts(s) come around second(s) later with you?

(9). WHETHER — on December-13th-2019 at or around 1:00 threw 1:20 pm., did you, Sergeant-Roberts(s), and Correctional Officer — Pelly come into B-1 Pod and to the B-1 Pod "TOP TIER" "CLOSET" in between cell(s) 156 and 157, and eventually came down the pod stair cast into the Sergeant and Counselor(s) office in B-1 Pod?

(10). WHETHER — on December-13th-2019 at or around 1:00 threw 1:20 pm. was you ordered, told, advised, and/or instructed to have prisoner in B-3 "Go-HOME POD" to pull them out their cell(s) and "PAINT OVER THE MOLD AND/OR BLACKMOLD" in B-1 Pod?

(11). WHETHER — on December-13th-2019 at or around 1:00 threw 1:20 pm did you thereafter, ordered, instruct, advise, and tell the B-1, 2, and 3 Pod(s) Correctional Officer(s) to allow prisoner(s) in/from the B-3 Go-HOME POD to "PAINT OVER THE MOLD AND/OR BLACKMOLD in B-1 Pod and starting with cell B-1-104, which is (Fenbee Jr.(s)) original old cell?

(12). WHETHER — on January-29th-2020 ~~[scribbled out]~~ at or around 11:00 am

until 1:30 pm, did the Kallen(s) Ridge State Prison "MAINTANCE STAFF" come into your B 1 Building Pod to "CLEAN THE MOLD AND/OR BLACKMOLD" off the ceiling in B 1 Pod with bleach and etc.?

## CONCLUSION

(Pro-Se Plaintiff) "RESPECTFULLY" request that this Honorable District Court issue both "DEFENDANT(S) INDIVIDUALLY" to adhere to any and all part(s) of these "RELEVANT ADMISSION(S)" for (Pro-Se Plaintiff) upon the Subject Matter of "MOLD AND/OR BLACKMOLD" question(s) and for answer(s) that "TOTAL(S) UP TO 22 QUESTION(S)" for both defendant(s) individually but jointly. An pursuant to Federal "RULE(S)" 401 (a-b), 404(a)(3) an 404(b), 405(b), 607-608, and 613(a) of Evidence (Plaintiff) seek(s) this Honorable District Court for "GRANTING ADMISSION(S)" against both defendant(s) individually that will show and prove to the extent of both defendant(s) "AWARENESS OF MOLD AND/OR BLACKMOLD" at this Kallen(s) Ridge State Prison from who, what, when, where, and how it(s) acknowledgment has affect their testimony and testimonies(s) of witnesses(s) that address(s) prisoner(s) concern(s) of pre-existing inhumane prison condition(s) in this B 1 Pod Building.

Such "RELEVANT ADMISSION(S)" within "30 DAY(S)" from this Honorable District Court "ORDER" will, shall, and must be answered fully and under oath pursuant to the penalty of perjury and signed from both defendant(s) individually. An such "ADMISSION(S)" shall, must, and will not be construed with any other discovery rule or pleading inorder to obtain anything outside the "PURPOSE AND NATURE" of such pleading seeking "ADMISSION(S)" awareness, acknowledgment, and

Page(s) (6)

understanding from those date(s), time(s), event, and personal individual(s) who'(s) at Wallen(s) Ridge State Prison or visited such prison wherein these condiction is ongoing.

Respectfully Submitted By,
"I Ask'(o) For This," _____
"Sworn And Subscribed" (Pro-Se Plaintiff)-Lorenza Gerald Fenebee Jr.
before me: William T. Hamilton    Wallen(s) Ridge State Prison
on this 6th day, February month,   P.O. Box 759
and in this 2020th year,           Big Stone Gap, V.A. 24219
"Public Notary Seal Here"          Prisoner State Number: 1022698

[Notary seal: WILLIAM T HAMILTON, NOTARY PUBLIC, REG. #7817719, MY COMMISSION EXPIRES 12/31/2023, COMMONWEALTH OF VIRGINIA]

Date Filed: _____

_____
United States(s) Magistrate Judge

_____ Approved Or Disapproved

Page(s)(7)