IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

LORENZA G. FEREBEE, JR.,

    Plaintiff,

v.

                                      CASE NO. 7:19-cv-00628

WARDEN C. MANIS, *et al.*,

    Defendants.

## AFFIDAVIT

State of Virginia, County of Wise, to-wit:

    C. COLLINS, R.N.C.A., first being duly sworn, states as follows:

    1.    I am a Registered Nurse at Wallens Ridge State Prison ("Wallens Ridge").

    2.    The information contained in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

    3.    I am generally aware that Lorenza Ferebee, #1072698, has filed litigation in which he claims that he has been exposed to black mold in Wallens Ridge's B-1 housing unit since his arrival at this facility in February 2019.

    4.    A review of Ferebee's medical progress notes indicates that since his arrival at Wallens Ridge, Ferebee's primary medical concerns have been facial acne and hypertension. He has not been seen by medical staff for any complaints regarding breathing problems, shortness of breath, hurting lungs, coughing up blood or mold/mildew in his housing unit. A copy of the

relevant portion of Ferebee's medical progress notes is attached as Enclosure A.

C. COLLINS, R.N.C.A.

*Chasity Collins RNCA*
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the State of Virginia, County of Wise, on this **3rd** day of April, 2020.

*Kimberly D. Williams*
Notary Public

My commission expires: *December 31, 2022*



**VIRGINIA DEPARTMENT OF CORRECTIONS**     **Health Services Complaint and Treatment Form** 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** Wallens Ridge State Prison

**Offender Name:** Ferebee (Last)  Lorenzo (First)  **Number:** 1072698

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8-8-19 2205 | Venipuncture performed to LAC to obtain lab specimen as ordered. Aseptic technique & universal precautions observed. No abnormal bleeding or bruising noted. Bandaid applied. Tolerated well. —— /s/ Dew L | |
| 8/12/19 | GSCUD with 3.4% /s/ Null | |
| 11-25-19 700 AM | C- facial acne  O- Offender seen at cell door for sick call. Steady gait. A&O. Ø signs of distress. Complains of break out over face. Large areas of cystic acne noted over face. Broken areas noted but offender states he has been "picking" at skin. Ø bleeding or drainage  /s/ Dew  11-25-19 0710  I- verbal order from Dr. Smith for Doxycycline 100 mg i cap po BID x 30 days and Ibuprofen 200 mg iii tabs po x 7 days /s/ Dew | |
| 11-25-19 | Offender has allergy to minocycline. Previous order d/c continued & changed to Clindamycin 150 mg i cap po BID x 10 days.  /s/ Dew L  11/25/19 1251 P | /s/ R |
| 11/26/19 0725 R Chisholm | | |

# Chronic Disease Clinic Follow-Up

Inmate Name: Senthee, Lorenzo
Number: 1072698
Institution: WRSP

List chronic diseases:
1) HTN
2)
3)
4)
5)
6)

Attach pharmacy profile or list current medications: MAR

## Subjective:

Asthma: # attacks in last month? ___
# short acting beta agonist canisters in last month? ___
# times awakening with asthma symptoms per week? ___
CV/hypertension (Y/N): Chest pain? ___ SOB? ___ Palpitations? ___ Ankle edema? ___
HIV/HCV (Y/N): Nausea/vomiting? ___ Abdominal pain/swelling? ___ Diarrhea? ___ Rashes/lesions? ___

Seizure disorder: # seizures since last visit? ___
Diabetes mellitus: # of hypoglycemic reactions since last visit? ___
Weight loss/gain ↓ ↑ #lbs ___

For all diseases, since last visit, describe new symptoms: "good"

Patient adherence (Y/N): with medications? Y  with diet? Y  with exercise? ___

Vital signs: Temp 98.6  BP 110/70  Pulse 87  Resp 16  Wt 171  PEFR ___  INR ___
Labs: Hgb A1C ___  HIV VL ___  CD4 ___  Total Chol ___  LDL ___  HDL ___  Trig ___
Range of fingerstick glucose/BP monitoring: ___

## PE:

| | |
|---|---|
| HEENT/neck: NBNL | Extremities: no edema |
| Heart: clear | Neurological: WNL |
| Lungs: clear | GU/rectal: — |
| Abdomen: soft | Other: — |

Assessment:

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 HTN | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Plan:
Medication changes: BMP, Repeat
Diagnostics: ___
Labs: ___
Monitoring: BP: ___ X day/week/month   Glucose: ___ X day/week/month   Peak flow: ___   Other: ___
Education provided: ☒Nutrition ☒Exercise ☐Smoking ☐Test results ☒Medication management ☐Other: ___
Referral (list type): Specialist: ___   Chronic care program: ___
# days to next visit? ☐90 ☐60 ☐30 ☒Other: 180   Discharged from CCC: [name] ___
Advance Level Provider Signature: ___   Date: 7/29/19

 

**VIRGINIA DEPARTMENT OF CORRECTIONS** — Health Services Complaint and Treatment Form  20_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** Wallens Ridge State Prison

**Offender Name:** Ferebee (Last)   Lorenzo (First)   **Number:** 1072698

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 2/27/19 0920 | New intake to WRSP, verbal and written orientation provided. Pt verbalized understanding. Pt escorted to population via security, no distress noted. | [signature] |
| 2/27/19 | HCTZ 25mg PO Daily X 14 days per Dr. Smith. Verbal order. | [signature] RN |
| 3/17/19 8:50  165  135/88  97.9  95% 71 | C – [illeg] PMH: HTN off/want on chart [illeg] year ago drug all[ergy] O – HEENT [illeg] Heart [illeg] Lungs clear Abd [illeg] No edema I – [illeg] allergy HTN clinic form HCTZ 25 daily 365 days Needs [illeg] [signature] | age 23 [signature] |



VIRGINIA
DEPARTMENT OF CORRECTIONS

Intra-system Transfer Medical Review, DOC 726-B 720_F9_10-18

## Intra-system Transfer Medical Review, DOC 726-B

| Offender Name | Offender Number | Release Date | Transfer Date |
|---|---|---|---|
| Ferebee Lorenzo | 1012098 | 8/23/32 | 2/27/19 |

| Received At | Received From | # Medical Charts Sent | Allergies |
|---|---|---|---|
| WRSP | ROSP | 1 | NKDA |

| Medical Code | Location Code | Mental Health Code | Last HIV (Date and Results) |
|---|---|---|---|
| A,9 | A | MH 1 | 2-5-08 NR |

| Last TST (Date and Results) | Date of last Tetanus Diphtheria or Tetanus, Diphtheria, Pertussis (Td or Tdap) |
|---|---|
| 3-8-18  6mm | 10-23-11 |

### Vital Signs / Special Diet

Temperature: 97.6   Pulse: 82   Respiration: 18   Yes: ☐  No: ☑
Weight: 170   Blood pressure: 141/76
Type: _____   Date: _____

### Current Medications

| Drug | Amount Sent | Drug | Amount Sent |
|---|---|---|---|
| 1. HCTZ 25mg | 56 | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**Disability (Explain):** None

**Current Medical/Dental Problems:** HTN, Pt has sickle cell trait

### Mental Health Screening:
1. Present suicidal ideations? ☑ No ☐ Yes: ___   Pt Denies all
2. History of suicidal behavior/self directed violence? ☑ No ☐ Yes:
3. Presently prescribed psychotropic medications? ☑ No ☐ Yes:
4. Any current M. H. complaints? ☑ No ☐ Yes:
5. History of inpatient/outpatient mental health treatment? ☑ No ☐ Yes:
6. Current mental health treatment? ☑ No ☐ Yes:
7. Any recent use of alcohol or drugs (frequency, amount, last use)? ☑ No ☐ Yes:
8. Any history of substance abuse? ☑ No ☐ Yes:
9. Any history of substance abuse disorder treatment? ☑ No ☐ Yes:
10. Observed symptoms of Psychosis ☐ Depression ☐ Anxiety ☐ Aggression ☐   None noted

**Pending Appointments:** None

**Overall Comments:** (i.e. – general appearances & behavior, level of consciousness (alertness, orientation) physical deformities, abuse, trauma, etc.)
Pt A+Ox4, No acute distress, trauma, or deformity. Mood situationally appropriate

### Medical Disposition of Offender:
General Population: ☑   GP with Health/MH Referral: ☐   Intake/Reception: ☐   Intake/Reception with Health/MH Referral: ☐
Infirmary: ☐   Medical Observation Unit: ☐

Emergency referral for MH Care: _____   Date: _____   Time: _____
(Name of QMHP notified)

Referral for Emergency Treatment: _____

**Nurse Signature/Date:** _____

Medical Handout Orientation Issued: yes
Dental Hygiene Handout Issued: yes

Revision Date: 10/12/18



**VIRGINIA DEPARTMENT OF CORRECTIONS**  Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** Wallens Ridge State Prison

**Offender Name:** Ferebee, Benjie (Last, First)   **Number:** 1572698

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 3-11-20 | Persistent acne + sores | [signature] RN |
| 172 | No effect [of] Doxycycline | Thomas, CNP |
| 98.0 | Face → multiple acne cysts |  |
| 84 | Neck, prob. acne. |  |
| 98% | Leg → eczema |  |
| 128/65 |  |  |
|  | A - Chronic dermatitis, etc. |  |
|  | P - ↑ to derm. | [signature] |
| 3-11-20 MM | DC Doxycycline not eff. |  |

# Chronic Disease Clinic Follow-Up

Offender Name: __Ferebee Lorenzo__
Number: __1072698__  Facility: __WRSP__

List chronic diseases:
1) HTN
2)
3)
4)
5)
6)

List current medications:
See MAR

## Subjective: (Yes or No)

Asthma: # attacks in last month? ___
# short acting beta agonist canisters in last month? ___
# times awakening with asthma symptoms per week? ___
Any wheezing? ___  Any night sweats? ___
Any systemic steroids use? ___  Any hemoptysis? ___
CV/hypertension (Y/N): Chest pain? N  SOB? N
Any dizziness since last appointment? ___  Any foot problems since last appointment? ___
Any blurred vision? ___  Any claudication? ___  Any headaches? ___  Any nausea/vomiting? ___
Rashes/Lesions? ___  Any abdominal pain/swelling? ___  Diarrhea? ___

Seizure disorder: # seizures since last visit? ___
Diabetes mellitus: # of hypoglycemic reactions since last visit? ___
Any polyuria? ___  Any nocturia? ___  Any orthopnea? ___
Weight loss/gain ↓↑  #lbs ___
Palpitations? N  Ankle or leg edema? N

For all diseases, since last visit, describe new symptoms:
Doing well

Patient adherence (Y/N): with medications? Y  with follow up appointments? Y  with diet? N
Vital signs: Temp 97.7  BP 152/72  Pulse 98  Resp 55  Wt 173  PEFR ___  Pain scale ___

Past Labs:
Hgb A1C ___  BMP ✓  CMP ___  INR ___  CD4 ___  Total Chol ___  LDL ___  HDL ___
Trig ___  Hct ___  Hgb ___  AST ___  ALT ___  BUN ___  Creatinine ___
Micro albumin ___  UA ___  CBC ___  EKG ___  LFT ___
Drug level: ___  Other ___  Fibroscan score: ___

Range of fingerstick glucose: ___  BP monitoring range: ___

Procedure:
Annual Funduscopic eye exam completed ☑ Yes ☐ No ☐ N/A
Annual dilated eye exam completed ☐ Yes ☐ No ☐ N/A
Annual foot exam completed ☐ Yes ☐ No ☐ N/A

No acute change

E:

| HEENT/neck: | Extremities: FROM |
| Heart: RRR S1S2 | Neurological: intact |
| Lungs: CTA B | GU/rectal: |
| Abdomen: soft | Other: |

Assessment Diagnosis:
1. HTN
2.
3.
4.

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan/Orders:**

Medication: _____
Diagnostics/Procedures: _____
Labs: _____

Special needs: _____ Work Code _____

☐ Administer Influenza vaccine  ☐ Administer Pneumonia vaccine

Monitoring: BP: _____ X day/week/month  Accucheck: _____ X day/week/month  Peak flow: _____

Offender questioned regarding presence of depression and suicidal thoughts while on seizure therapy? ☐ Yes ☐ No ☐ N/A

Education provided: ☐ Nutrition  ☒ Exercise  ☐ Smoking  ☐ Test results  ☒ Medication management  ☒ Lab results
☐ Disease process

Referral: (list type & priority level): Specialist: _____

# Days to next visit?  ☐ 1 year  ☒ 180  ☐ 90  ☐ 60  ☐ 30  ☐ Other: _____

Additional information:

*[handwritten notes, partially illegible]*
1) HCP 25 FF [illegible] x F4p
2) BMP Lip June 2020

Provider Signature: [signature] MD    Date: 1-16-20

VIRGINIA DEPARTMENT OF CORRECTIONS — Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** WALLENS RIDGE STATE PRISON

**Offender Name:** Ferebee (Last)   Lorenzo (First)   **Number:** 1072698

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 1-1-20 0750 124/82 80 98.1 | C- "acne" O. Offender seen at NSC. Offender has acne on both sides of face, small, some are large bumps. Stated "he was on antibiotics but they ran out." Reported antibiotic did not help. I- Refer to MD. | R. Mullins RN |
| 1/16/20 0805 173 97.7 132/72 85 98% | S/h eats tomatoes in prison. Acne. Also hears acne beans. Discuss Acne - not tomato/bean related. facial Acne ⊕ - shoulders, back. A- Acne (mild) P- Doxycycline 100, 1 BID x twice daily, po x 90 days. F/u in 2 months | [signature] |